IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOHNNY LEWIS WASHINGTON,                                          PETITIONER

v.                                                CIVIL ACTION NO.: 1:14CV116-GHD-DAS

ERNEST LEE and ATTORNEY GENERAL
OF THE STATE OF MISSISSIPPI,                                      RESPONDENTS

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Respondents' "Motion to Dismiss" is **GRANTED**. The Court is without jurisdiction to review a challenge to Washington's conviction, and the petition is **DISMISSED** insofar as it challenges his capital murder conviction. Because it is untimely, Washington's challenge to his resentencing is **DISMISSED WITH PREJUDICE**. Any pending motions are **DISMISSED AS MOOT**.

SO ORDERED this the 29th day of October, 2014.

_____
**SENIOR U.S. DISTRICT JUDGE**